Form 522Q (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Robert Daniel Keiper**<br>23165 B Drive N<br>Albion, MI 49224<br>SSN: xxx–xx–0582<br>**Juanita Marie Keiper**<br>23165 B Drive N<br>Albion, MI 49224<br>SSN: xxx–xx–2050<br><br>**Debtors** | **Case Number 15–00871–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
# OF PROVISIONS UNDER 11 USC SECTION 522(q)(1)

   Pursuant to Sections 727(a)(12), 1141(d)(5), 1228(f), or 1328(h), as applicable, NOTICE is hereby given that creditors and parties in interest have 21 days from the date of service of this notice to file an objection to the entry of an order of discharge on grounds that 11 USC Section 522(q)(1) may be applicable to the debtor(s) and that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC Section 522(q)(1)(A) or may be liable for a debt as described in 11 USC Section 522(q)(1)(b).

   If such objections are filed, a hearing will be scheduled.

Daniel M. LaVille
Clerk of Court

**Dated:** February 21, 2015